476 A.2d 79

Commonwealth v. Washington, Appellant.

Submitted September 14, 1983. Eric J. Cox, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Judgment of sentence affirmed.

476 A.2d 79

Commonwealth v. Williams, Appellant.

Submitted March 5, 1984. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.